No. M–77. CROSBY v. SHREVES ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 97–8597. MARTINEZ v. FEDERAL BUREAU OF INVESTIGATION ET AL. C. A. 6th Cir.; and

No. 97–8981. IN RE MONTGOMERY. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until June 22, 1998, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 97–1787. IN RE GREEN. Petition for writ of habeas corpus denied.

No. 97–8247. IN RE RIVERA; and

No. 97–8525. IN RE WASHINGTON. Petitions for writs of mandamus denied.

No. 97–8522. IN RE RIVERA. Petition for writ of prohibition denied.

No. 97–1184. NATIONAL FEDERATION OF FEDERAL EMPLOYEES, LOCAL 1309 v. DEPARTMENT OF THE INTERIOR ET AL.; and

No. 97–1243. FEDERAL LABOR RELATIONS AUTHORITY v. DEPARTMENT OF THE INTERIOR ET AL. C. A. 4th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 132 F. 3d 157.

No. 97–1252. RENO, ATTORNEY GENERAL, ET AL. v. AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE ET AL. C. A. 9th Cir. Certiorari granted limited to the following question: "Whether, in light of the Illegal Immigration Reform and Immigrant Responsibility Act, the courts below had jurisdiction to entertain respondents' challenge to the deportation proceedings prior to the entry of a final order of deportation?"

No. 96–1962. COHEN v. LITTLE SIX, INC., DBA MYSTIC LAKE CASINO. Sup. Ct. Minn. Certiorari denied.